FILED
CLERK, U.S. DISTRICT COURT
APR - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER OF DETENTION AFTER<br>) HEARING (Fed.R.Crim.P. 32.1(a)(6)<br>) Allegations of Violations of Probation |
| v. | ) Supervised Release) |
| Armenur Grigoryan | ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓) the appearance of defendant as required; and/or

    (B)  (✓) the safety of any person or the community.

//
//

The court concludes:

A.  ( )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B) (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:
*he can abide by court order*
_____
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 4/7/11

*[signature]*
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE